# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Daryl James, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action No. |
| | : 1:12-cv-03756-TWT-RGV |
| Prime Source Capital Management LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## ORDER ON PLAINTIFF'S
## MOTION FOR DEFAULT JUDGMENT

Upon review of Plaintiff's Motion for Default Judgment, the Motion is hereby granted.

**IT IS SO ORDERED.**


Date: July 3, 2013                               **/s/Thomas W. Thrash**
                                                 U. S. District Court Judge