UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DARYL JAMES,<br><br>    Plaintiff,<br><br>vs.<br><br>PRIME SOURCE CAPITAL MANAGEMENT LLC,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-3756-TWT |

## DEFAULT JUDGMENT

  The defendant PRIME SOURCE CAPITAL MANAGEMENT LLC, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Thomas W. Thrash, Jr., United States District Judge, by order of July 3, 2013, having granted Plaintiff's Motion for Default Judgment, it is hereby

  **ORDERED AND ADJUDGED** that the plaintiff DARYL JAMES, recover from the defendant PRIME SOURCE CAPITAL MANAGEMENT LLC, the amount of $1,000.00, with attorneys' fees and costs.

  Dated at Atlanta, Georgia this 3rd day of July, 2013.

                  JAMES N. HATTEN
                  CLERK OF COURT

              By: s/D.Richardson
                  Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
 July 3, 2013
James N. Hatten
Clerk of Court


By: s/D.Richardson
   Deputy Clerk